UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
------------------------------------------------------------x
IN RE:

RONALD DERAMON,                                                           CHAPTER 13
                                                                          CASE NO. 13-23260 (RDD)

                            Debtor.
------------------------------------------------------------x

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF DUTCHESS       )

      I, Érina Fitzgerald, being sworn, say:

      I am not a party to this action, am over 21 years of age and reside in LaGrangeville, New York.

      On September 4, 2015, I served a copy of **Amended Notice of Motion, Amended Affirmation in Support of Motion Holding Creditors Liable for Violation of Court Order Pursuant to FRBP 9014 AND 9020, Exhibits, and Proposed Order** by mailing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service in New York State, addressed to each of the following persons at their last known address as set forth after each name.

JEFFREY L. SAPIR, ESQ.
399 Knollwood Road
White Plains, NY 10603

RONALD DERAMON
55 Old Turnpike Road, Suite 305
Nanuet, NY 10954

US BANKRUPTCY COURT
Chambers of Hon. Robert D. Drain
300 Quarropas Street
White Plains, NY 10601

ELIZABETH A. HAAS, ESQ., PLLC
Attorney for Provident Bank, N.A.
254 E. Main Street, Suite 210
New City, NY 10956-3363

LAW OFFICE OF ROBERT STECKMAN, PC
111 John Street #800
New York, NY 10038
Attn: Robert Steckman, Esq.

BANKRUPTCY EXCHANGE, INC.
Corporate Headquarters
2952 Seneca Street
West Seneca, NY 14224
Attn: President

RATAFIA & CO., CPAs, PC
245 Saw Mill River Road, Suite #106
Hawthorne, NY 10532
Attn: Allan Ratafia

WOODS OVIATT GILMAN, LLP
Attorneys for Bankruptcy Exchange, Inc., Allan Ratafia, and Ratafia & Co. CPAs, PC
1900 Main Place Tower
Buffalo, NY 14202
Attn: William F. Savino, Esq.

                                                /s/ Érina Fitzgerald
                                                ÉRINA FITZGERALD

Sworn to before me this
4th day of September, 2015

/s/ Andrea B. Malin
ANDREA B. MALIN
Notary Public, State of New York
Qualified in Dutchess County
Commission Expires 6/23/2018